328

28670. WARD v. THE STATE.

MacINTYRE, J. The evidence amply authorized the verdict finding the defendant guilty of violating the lottery laws of this State, and no ground of the petition for certiorari discloses reversible error.

Judgment affirmed. Broyles, C. J.. and Gardner, J., concur.

DECIDED FEBRUARY 1, 1941.

C. G. Battle, for plaintiff in error.

Bond Almand, solicitor, John A. Boykin, solicitor-general, J. W. LeCraw, E. E. Andrews, contra.